UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID R. VIGIL,

                    Petitioner,

        v.

STATE OF WASHINGTON,

                    Respondent.

Case No. C19-6156-RBL-TLF

ORDER ADOPTING REPORT AND
RECOMMENDATION

        THIS MATTER is before the Court on Magistrate Judge Fricke's Report and

Recommendation [Dkt. # 10], recommending that the Court deny petitioner's federal *habeas*

*corpus* petition without prejudice:

        (1)     The Magistrate Judge's report and recommendation is approved and ADOPTED;

        (2)     Petitioner's federal habeas corpus petition (Dkt. 6) is DISMISSED without

                prejudice for failure to exhaust state court remedies and as premature; and

        (3)     A certificate of appealability is DENIED; and

        (4)     Petitioner's "Motion for Summary Judgment" (Dkt. 9) is DENIED as moot; and

//

//

//

//

1     (5)    The Clerk is directed to close this case and to send copies of this Order to

2             petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has

3             appeared in this action.

4     IT IS SO ORDERED.

5     Dated this 10th day of February, 2020.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION
- 2